UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UN4 PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CLINT PRIMOZICH, *et al.*,<br><br>Defendants. | Case No. C17-1404RSL<br><br>ORDER EXTENDING INITIAL SCHEDULING DATES |

This matter comes before the Court on plaintiff's "Motion for Extension of Initial Scheduling Dates" in the above-captioned matter. Dkt. # 47. The only active defendant in this matter, Crystal Ward, has a motion to dismiss pending, and plaintiff requests additional time in which schedule the required Rule 26(f) conference. The Court finds good cause for the requested extension and sets the following dates for initial disclosure and submission of the Joint Status Report and Discovery Plan (more fully described in Dkt. # 44):

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | March 19, 2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | March 26, 2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and LCR 26(f): | April 2, 2018 |

Pursuant to FRCP 26(d)(1), no discovery, whether formal or informal, may be sought

ORDER EXTENDING INITIAL
SCHEDULING DATES - 1

from any source before the parties have conferred as required by Rule 26(f).

Dated this 28th day of February, 2018.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER EXTENDING INITIAL
SCHEDULING DATES - 2